MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada  89130
Phone: 702-240-6060
Fax: 702-240-4267
mmills@blwmlawfirm.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KYLE MITRIONE and KAROLINA MELSKA, H/W,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRQUE DU SOLEIL AMERICA NEWCO, INC., CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL VEGAS, LLC, CIRQUE DU SOLEIL HOLDING USA NEWCO, INC., CIRQUE APPLE LAS VEGAS, LLC, CIRQUE APPLE ADMINISTRATION, LLC, DOES I THROUGH X, AND ROE CORPORATIONS I THROUGH X,<br><br>Defendants. | CASE NO: 2:24-cv-00916-CDS-BNW |

**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO PLAINTIFF'S RESPONSE [ECF 17] TO DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT [ECF 8]**

COME NOW Plaintiffs Kyle Mitrione and Karolina Melska by and through their attorneys Michael A. Budner, Esq. of the law firm of Saltz Mongeluzzi Bendesky PC, and Defendants Cirque Du Soleil America Newco, Inc., Cirque Du Soleil Nevada Newco, Inc., Cirque Du Soleil Vegas, LLC, Cirque Du Soleil Holding USA Newco, Inc., Cirque Apple Las Vegas, LLC, and Cirque Apple Administration, LLC  by and through their attorney Michael C. Mills, Esq. of the law firm of Bauman, Loewe, Witt & Maxwell PLLC, and hereby stipulate that Defendants' Reply to Plaintiff's Response [ECF 17] to Defendants' Motion for a More Definite Statement [ECF 8] is extended to June 14, 2024.

1  The Defendants' Motion for a More Definitive Statement [ECF 8] was filed May 20, 2024.

2  Plaintiff's Response to Defendants' Motion for a More Definite Statement [ECF 17] was filed June 3, 2024.

3  Defendants' Reply to Plaintiff's Response [ECF 17] to Defendants' Motion for a More Definite Statement [ECF 8] is due June 10, 2024.

4  The parties agree to an extension of time for Defendants to file their Reply to Plaintiff's Response [ECF 17] to Defendants' Motion for a More Definite Statement [ECF 8] until June 14, 2024.

THE PARTIES FURTHER SAYETH NAUGHT

| Approved as to Form and Content: | Submitted and Prepared By: |
|---|---|
| Dated this __7th__ day of June, 2024 | Dated this __7th__ day of June, 2024 |
| SALTZ MONDELUZZI BENDESKY | BAUMAN LOEWE WITT & MAXWELL |
| /s/ Michael A. Budner | /s/ Michael C. Mills |
| Robert J. Mongeluzzi, Esq.<br>Andrew R. Duffy, Esq.<br>Micahel A. Budner, Esq.<br>Max H. Dehon, Esq.<br>1650 Market St., 52nd Floor<br>Philadelphia, PA 19103<br><br>Attorneys for Plaintiffs<br>Kyle Mitrione and Karolina Melska | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br><br>Attorneys for Defendants |

## ORDER

IT IS SO ORDERED, pursuant to the Stipulation of the parties, that the Defendants' Reply to Plaintiff's Response [ECF 17] to Defendants' Motion for a More Definite Statement [ECF 8] is due June 14, 2024.

DATED: June 10, 2024

_____
UNITED STATES MAGISTRATE JUDGE