MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada  89130
Phone: 702-240-6060
Fax: 702-240-4267
mmills@blwmlawfirm.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KYLE MITRIONE and KAROLINA MELSKA, H/W,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>CIRQUE DU SOLEIL AMERICA NEWCO, INC., CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL VEGAS, LLC, CIRQUE DU SOLEIL HOLDING USA NEWCO, INC., CIRQUE APPLE LAS VEGAS, LLC, CIRQUE APPLE ADMINISTRATION, LLC, DOES I THROUGH X, AND ROE CORPORATIONS I THROUGH X,<br><br>　　　Defendants. | CASE NO: 2:24-cv-00916-CDS-BNW |

### STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO PLAINTIFF'S RESPONSE [ECF 15] TO DEFENDANTS' MOTION TO DISMISS [ECF 6]

　　　COME NOW Plaintiffs Kyle Mitrione and Karolina Melska by and through their attorneys Michael A. Budner, Esq. of the law firm of Saltz Mongeluzzi Bendesky PC, and Defendants Cirque Du Soleil America Newco, Inc., Cirque Du Soleil Nevada Newco, Inc., Cirque Du Soleil Vegas, LLC, Cirque Du Soleil Holding USA Newco, Inc., Cirque Apple Las Vegas, LLC, and Cirque Apple Administration, LLC  by and through their attorney Michael C. Mills, Esq. of the law firm of Bauman, Loewe, Witt & Maxwell PLLC, and hereby stipulate that the time for Defendants to file their Reply to Plaintiff's Response [ECF 15] be extended to June 14, 2024.

　　　The Defendants' Motion to Dismiss [ECF 6] was filed May 17, 2024.

Plaintiff's Response to Defendants' Motion to Dismiss [ECF 15] was filed May 31, 2024.

Defendants' Reply to Plaintiff's Response [ECF 15] Defendants' Motion to Dismiss [ECF 6] is currently due to be filed on June 7, 2024.

The parties agree to an extension of time for Defendants to file their Reply to Plaintiff's Response [ECF 15] to Defendants' Motion to Dismiss [ECF 6] until June 14, 2024.

THE PARTIES FURTHER SAYETH NAUGHT

**Approved as to Form and Content:**  **Submitted and Prepared By:**

Dated this ___7th___ day of June, 2024   Dated this ___7th___ day of June, 2024

SALTZ MONDELUZZI BENDESKY    BAUMAN LOEWE WITT & MAXWELL

/s/ Michael A. Budner    /s/ Michael C. Mills

Robert J. Mongeluzzi, Esq.    MICHAEL C. MILLS, ESQ.
Andrew R. Duffy, Esq.    Nevada Bar No. 003534
Michael A. Budner, Esq.    3650 N. Rancho Dr., Ste. 114
Max H. Dehon, Esq.    Las Vegas, NV 89130
1650 Market St., 52nd Floor
Philadelphia, PA 19103    Attorneys for the Cirque Defendants

Attorneys for Plaintiffs
Kyle Mitrione and Karolina Melska

## ORDER

IT IS SO ORDERED, pursuant to the Stipulation of the parties, that the Defendants' Reply to Plaintiff's Response [ECF 15] to Defendants' Motion to Dismiss [ECF 6] is extended to June 14, 2024, *nunc pro tunc* to the date of the request.

Dated: June 11, 2024

_____
United States District Judge