**GGRM LAW FIRM**
BY: JASON D. GUINASSO
NV BAR IDENTIFICATION NO.8478
2770 South Maryland Parkway
Suite 100
Las Vegas, NV 89109
(702) 384-4722

**SALTZ MONGELUZZI BENDESKY P.C.**
BY: ROBERT J. MONGELUZZI/ANDREW R. DUFFY/
MICHAEL A. BUDNER/ MAX H. DEHON
PA BAR IDENTIFICATION NO. 36283/77121/314776/334148
52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA  19103
(215) 496-8282
*ATTORNEYS FOR PLAINTIFF*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KYLE MITRIONE AND KAROLINA MELSKA, H/W<br><br>Plaintiffs,<br>vs.<br>CIRQUE DU SOLEIL AMERICA NEWCO, INC., CIRQUE DU SOLEIL NEVADA NEWCO, INC., CURQUE DU SOLEIL VEGAS, LLC, CIRQUE DU SOLEIL HOLDING USA NEWCO, INC., CIRQUE APPLE LAS VEGAS, LLC, CIRQUE APPLE ADMINISTRATION, LLC, DOES I THROUGH X, AND ROE CORPORATIONS I THROUGH X | Case No.: 2:24-cv-00916<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON MOTION FOR A MORE DEFINITE STATEMENT [ECF 8]**<br>**(First Request)** |

COME NOW Plaintiffs, Kyle Mitrione and Karolina Melska, by and through their attorneys, Michael A. Budner, Esq., of the law firm of Saltz Mongeluzzi Bendesky, P.C., and Defendants, Cirque Du Soleil America Newco, Inc., Cirque Du Soleil Nevada Newco, Inc., Cirque Du Soleil Vegas, LLC, Cirque

1

4128133V1

Du Soleil Holding USA Newco, Inc., Cirque Apple Las Vegas, LLC, and Cirque Apple Administration, LLC, by and through their attorneys Michael C. Mills, Esq., of the law firm of Bauman, Loewe, Witt & Maxwell PLLC, and hereby stipulate to continue the Hearing on Motion for More Definite Statement [ECF 8] currently scheduled for June 27, 2024 at 11:00 a.m. to a later date at the Court's convenience. This is the first requested continuance of this matter.

The Defendants' Motion for a More Definitive Statement [ECF 8] was filed on May 20, 2024.

Plaintiffs' Response to Defendants' Motion for a More Definite Statement [ECF 17] was filed on June 3, 2024.

Defendants' Reply to Plaintiffs' Response to Defendants' Motion for More Definite Statement [ECF 24] was filed on June 14, 2024.

The Hearing on Defendants' Motion [ECF 8], Plaintiffs' Response [ECF 17], and Defendants' Reply [ECF 24] is currently scheduled for June 27, 2024 at 11:00 a.m. [ECF 13].

The parties agree to a continuance of the June 27, 2024 hearing date with the Court's permission.

The parties have cleared two (2) potential dates with all counsel and the Court: July 1, 2024 and July 8, 2024.

The parties respectfully stipulate, agree, and request that the hearing

4128133V1

currently scheduled for June 27, 2024 be rescheduled for July 1, 2024 or July 8, 2024.

**Submitted and Prepared By:**

**SALTZ MONGELUZZI BENDESKY, P.C.**

/s/ Michael Budner
MICHAEL A. BUDNER, ESQ.
One Liberty Place
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
*Attorneys for Plaintiffs*

Dated:  6/18/24

**Approved as to Form and Content:**

**BAUMAN LOEWE WITT & MAXWELL, PLLC**

/s/ Michael C. Mills
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
*Attorneys for Defendants*

Dated:  6/18/24

## ORDER

IT IS SO ORDERED, pursuant to the Stipulation of parties, that the Hearing on Defendants' Motion for a More Definite Statement [ECF 8] scheduled by this Honorable Court for June 27, 2024 [ECF 13] is hereby continued until July 1, 2024, at 2:00 p.m.

UNITED STATES MAGISTRATE JUDGE

DATED: June 20, 2024

4128133V1