MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV  89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
Attorney for Defendants

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KYLE MITRIONE and KAROLINA MELSKA, H/W,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>CIRQUE DU SOLEIL AMERICA NEWCO, INC., CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL VEGAS, LLC, CIRQUE DU SOLEIL HOLDING USA NEWCO, INC., CIRQUE APPLE LAS VEGAS, LLC, CIRQUE APPLE ADMINISTRATION, LLC, DOES I THROUGH X, AND ROE CORPORATIONS I THROUGH X,<br><br>　　Defendants. | Case No.  2:24-cv-00916-CDS-BNW |

**STIPULATION AND ORDER TO MODIFY THE PROPOSED  DISCOVERY PLAN AND SCHEDULING ORDER TO EXTEND DISCOVERY PLAN DEADLINES**
**(FIRST REQUEST)**

Plaintiffs Kyle Mitrione and Karolina Melska and Defendants CIRQUE DU SOLEIL AMERICA NEWCO, INC., CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL VEGAS, LLC, CIRQUE DU SOLEIL HOLDING USA NEWCO, INC., CIRQUE APPLE LAS VEGAS, LLC, CIRQUE APPLE ADMINISTRATION, LLC,

1  by and through their respective counsel, and pursuant to Local Rule 26-4, and via this
2  First Request stipulate to modify their proposed discovery plan as follows:
3      1.    Plaintiffs filed their Complaint on April 29, 2024 in the Eighth Judicial
4  District Court, Clark County, Nevada
5      2.    Defendants removed the matter to this court on May 15, 2024.
6      3.    Defendants filed Motion to Dismiss on May 17, 2024 – pending (ECF 6) .
7      4.    Defendants filed Motion for More Definite Statement on May 20, 2024
8  (ECF 8 )
9      5.    Defendants filed Motion to Stay Discovery on July 31, 2024.
10     6.    Counsel for the parties conducted a Fed. R. Civ. P. 26(f) conference on
11 August 7, 2024.  The parties submitted their Joint Discovery Plan and Scheduling Order
12 to the Court on August 7, 2024, along with Request for Special Scheduling Review.  [38]
13 The Court has not yet approved the parties' discovery plan nor request for Special
14 Scheduling Review.
15     7.  The parties are only seeking to extend the date for FRCP 26 Initial
16 Disclosures from August 19, 2024 to September 18, 2024, all other proposed dates to
17 remain the same. Initial proposed dates. [ECF 38]
18     A.  Initial proposed dates. [ECF 38]

| # | Item | Date |
|---|---|---|
| 1. | Discovery Cut-Off: | November 25, 2025 |
| 2. | Filing Motions to Amend: | August 7, 2025 |
| 3. | Initial Expert Disclosure: | September 8, 2025 |
| 4. | Rebuttal Expert Disclosure: | October 8, 2025 |
| 5. | Last Day to Extend Discovery | November 4, 2025 |
| 6. | Dispositive Motions: | December 5, 2025 |
| 7. | Pre-Trial Order: | January 5, 2026 |

STIPULATION AND ORDER TO MODIFY THE PROPOSED  DISCOVERY PLAN AND SCHEDULING ORDER
Page 2 of 4

4133646v1

The parties have requested that the court review the matter for special scheduling.  The matter is extremely complex.  The Plaintiffs are bringing a claim for personal injuries. Plaintiff Kyle Mitrione sustained catastrophic injuries.  Plaintiff's special damages are in excess of $2 million and are anticipated to increase. Plaintiff is still receiving medical treatment for injuries sustained as a result of the subject incident, and will continue to receive treatment for the foreseeable future. There will be at least 50 medical providers. The number of witnesses will be in the hundreds, as Defendants will be disclosing all entities and persons involved in the concept, design and rehearsal of the performance in which Plaintiff was injured. There will also be at least 20 experts for each side.  The number of documents will be in the thousands due to the intricacies of the Defendants' show.

**(a) Reasons why discovery was not completed:**

The parties have taken steps to move discovery forward.  However, Plaintiff Mitrione suffered a catastrophic injury.  Additionally Defendants initial list of witnesses will be in excess of 200, and the total number of documents will be in the hundreds due to the complexities of the performance.

**(d)    Proposed Schedule:**

The parties propose a 30-day extension as to FRCP 26 Initial Disclosures.

## CONCLUSION

For the foregoing reasons, the parties herein respectfully request this Honorable Court to modify the Proposed Discovery Plan to extend FRCP Initial Disclosures by 30 days to September 18, 2024

//

//

///

STIPULATION AND ORDER TO MODIFY THE PROPOSED  DISCOVERY PLAN AND SCHEDULING ORDER
Page 3 of 4

4133646v1

Approved as to form and content:

SALTZ MONGELUZZI BENDESKY

/s/ *Michael A. Budner*

_____
MICHAEL A. BUDNER, ESQ.
Pennsylvania Bar No. 314776
52 Floor, 1650 Market Street
Philadelphia, PA 19103
Attorney for Plaintiffs
Pro Hac Vice Counsel


BAUMAN LOEWE WITT & MAXWELL, PLLC

/s/ *Michael C. Mills*
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV  89130
Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

DATED: August 21, 2024

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO MODIFY THE PROPOSED  DISCOVERY PLAN AND SCHEDULING ORDER
Page 4 of 4

4133646v1