D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
lroberts@wwhgd.com
Ryan T. Gormley, Esq.
Nevada Bar No. 13494
rgormley@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE MITRIONE and KAROLINA MELSKA, H/W,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRQUE DU SOLEIL AMERICA NEWCO, INC., CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL VEGAS, LLC, CIRQUE DU SOLEIL HOLDINGS USA NEWCO, INC., CIRQUE APPLE LAS VEGAS, LLC, CIRQUE APPLE ADMINISTRATION, LLC, DOES I THROUGH X, AND ROE CORPORATIONS I THROUGH X,<br><br>Defendants. | Case No.: 2:24-CV-00916-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, 6-2, and LR 7-1, Plaintiffs and Defendants, by and through their respective undersigned counsel of record, hereby stipulate to extend the deadline for Defendants to respond to the First Amended Complaint ("FAC") by 14 days. The FAC was filed on December 17, 2024. ECF No. 55. The current deadline for Defendants to respond to the FAC by motion or answer is December 31, 2024. This stipulation extends the deadline by 14 days to January 14, 2025. This is the first stipulation to extend this deadline.

/ / /

/ / /

/ / /

The parties respectfully submit that good cause supports the extension in light of pre-existing work conflicts and pre-planned travel and commitments associated with the holidays. The parties further submit that this stipulation is submitted in good faith and not for the purposes of delay.

Respectfully submitted: December 26, 2024.

/s/ Ryan T. Gormley
D. Lee Roberts, Jr., Esq.
Ryan T. Gormley, Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendants*

/s/ Jason D. Guinasso
Jason D. Guinasso, Esq.
GGRM LAW FIRM
2770 South Maryland Parkway, Suite 100
Las Vegas, NV 89109

Robert J. Mongeluzzi, Esq. (*PHV*)
Andrew R. Duffy, Esq. (*PHV*)
Michael A. Budner, Esq. (*PHV*)
Max H. Dehon, Esq. (*PHV*)
SALTZ MONGELUZZI BENDESKY P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 30, 2024