1  D. Lee Roberts, Jr., Esq.
   Nevada Bar No. 8877
2  *lroberts@wwhgd.com*
   Ryan T. Gormley, Esq.
3  Nevada Bar No. 13494
   *rgormley@wwhgd.com*
4  WEINBERG, WHEELER, HUDGINS,
       GUNN & DIAL, LLC
5  6385 South Rainbow Blvd., Suite 400
   Las Vegas, Nevada 89118
6  Telephone: (702) 938-3838
   Facsimile: (702) 938-3864
7  *Attorneys for Defendants*

8

9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

10

11  KYLE MITRIONE and KAROLINA
    MELSKA, H/W,

12                          Plaintiffs,

13            vs.

14  CIRQUE DU SOLEIL AMERICA NEWCO,
    INC., CIRQUE DU SOLEIL NEVADA
    NEWCO, INC., CIRQUE DU SOLEIL
15  VEGAS, LLC, CIRQUE DU SOLEIL
    HOLDINGS USA NEWCO, INC., CIRQUE
16  APPLE LAS VEGAS, LLC, CIRQUE APPLE
    ADMINISTRATION, LLC, DOES I
17  THROUGH X, AND ROE CORPORATIONS I
    THROUGH X,

18
                            Defendants.
19

Case No.: 2:24-CV-00916-CDS-BNW

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**

**(SECOND REQUEST)**

20          Pursuant to Local Rules IA 6-1, 6-2, and LR 7-1, Plaintiffs and Defendants, by and

21  through their respective undersigned counsel of record, hereby stipulate to extend the deadline

22  for Defendants to respond to the First Amended Complaint ("FAC") by 7 days. The FAC was

23  filed on December 17, 2024. ECF No. 55. The original deadline for Defendants to respond to the

24  FAC by motion or answer was December 31, 2024. The Court previously granted the parties'

25  stipulation to extend that deadline to January 14, 2025. ECF No. 57. The parties now stipulate to

26  extend that deadline to January 21, 2025. This is the second stipulation to extend this deadline.

27          / / /

28          / / /

1    The parties respectfully submit that good cause supports the extension in light of pre-

2    existing work conflicts, medical treatment by undersigned defense counsel, and ongoing

3    discussions related to a potential stay. The parties further submit that this stipulation is submitted

4    in good faith and not for the purposes of delay.

5    Respectfully submitted: January 14, 2025.

6

7    /s/ Ryan T. Gormley
     D. Lee Roberts, Jr., Esq.                          /s/ Michael A. Budner
     Ryan T. Gormley, Esq.                              Jason D. Guinasso, Esq.
8    WEINBERG, WHEELER, HUDGINS,                         GGRM LAW FIRM
        GUNN & DIAL, LLC                                 2770 South Maryland Parkway, Suite 100
9    6385 South Rainbow Blvd., Suite 400                 Las Vegas, NV 89109
     Las Vegas, NV 89118
10   Attorneys for Defendants                            Robert J. Mongeluzzi, Esq. (*PHV*)
                                                         Andrew R. Duffy, Esq. (*PHV*)
11                                                       Michael A. Budner, Esq. (*PHV*)
                                                         Max H. Dehon, Esq. (*PHV*)
12                                                       SALTZ MONGELUZZI BENDESKY P.C.
                                                         1650 Market Street, 52nd Floor
13                                                       Philadelphia, PA 19103
                                                         Attorneys for Plaintiffs
14

15                                                       **IT IS SO ORDERED:**

16

17                                                       _____
                                                         UNITED STATES MAGISTRATE JUDGE
18

19                                                       DATED: January 15, 2025

20

21

22

23

24

25

26

27

28

WEINBERG WHEELER
HUDGINS GUNN & DIAL