**GGRM LAW FIRM**
BY: JASON D. GUINASSO
NV BAR IDENTIFICATION NO. 8478
2770 South Maryland Parkway
Suite 100
Las Vegas, NV 89109
(702) 384-4722

**SALTZ MONGELUZZI BENDESKY P.C.**
BY: ROBERT J. MONGELUZZI/ANDREW R. DUFFY/
MICHAEL A. BUDNER/ MAX H. DEHON
PA BAR IDENTIFICATION NO. 36283/77121/314776/334148
52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA  19103
(215) 496-8282
*ATTORNEYS FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KYLE MITRIONE and KAROLINA MELSKA, H/W,<br><br>Plaintiffs<br><br>vs.<br><br>CIRQUE DU SOLEIL AMERICA NEWCO, INC., CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL VEGAS, LLC, CIRQUE DU SOLEIL HOLDINGS USA NEWCO, INC., CIRQUE APPLE LAS VEGAS, LLC, CIRQUE APPLE ADMINISTRATION, LLC, DOES I THROUGH X, AND ROE CORPORATIONS I THROUGH X,<br><br>Defendants | Case No.: 2:24-CV-00916-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT [ECF NO. 63]**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 64] |

Pursuant to Local Rules IA 6-1, 6-2, and LR 7-1, Plaintiffs and Defendants, by and through their respective undersigned counsel of record, hereby stipulate to extend the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss First Amended Complaint or, Alternatively, Motion for Summary Judgment [ECF No. 63] by 7 days. The Defendants' Motion to Dismiss First Amended Complaint was filed on January 21, 2025. ECF No. 63. The original deadline for Plaintiffs to respond to ECF No. 63 is February 4, 2025. The parties now stipulate to extend the deadline to February 11, 2025. This is the first requested extension to file a response to ECF No. 63.

The parties respectfully submit that good cause supports the extension in light of pre-existing work conflicts and therefore, Plaintiffs' counsel needs additional time to appropriately prepare Plaintiffs' response to Defendants' Motion to Dismiss First Amended Complaint or, Alternatively, Motion for Summary Judgment [ECF No. 63]. The parties further submit that this stipulation is submitted in good faith and not for the purposes of delay.

Respectfully submitted: February 4, 2025.

| | |
|---|---|
| */s/Ryan T. Gormley* | */s/Jason D. Guinasso* |
| D. Lee Roberts, Jr., Esq. | Jason D. Guinasso, Esq. |
| Nevada Bar No. 8877 | Nevada Bar No. 8478 |
| Ryan T. Gormley, Esq. | GGRM LAW FIRM |
| Nevada Bar No. 13494 | 2770 South Maryland Parkway, Suite 100 |
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC | Las Vegas, NV 89109 |
| 6385 South Rainbow Blvd., Suite 400 | Robert J. Mongeluzzi, Esq. (*PHV*) |
| Las Vegas, NV 89118 | Andrew R. Duffy, Esq. (*PHV*) |
| *Attorneys for Defendants* | Michael A. Budner, Esq. (*PHV*) |
| | Max H. Dehon, Esq. (*PHV*) |
| | SALTZ MONGELUZZI BENDESKY P.C. |
| | 1650 Market Street, 52nd Floor |
| | Philadelphia, PA 19103 |
| | *Attorneys for Plaintiffs* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 5, 2025