1  D. Lee Roberts, Jr., Esq.
   Nevada Bar No. 8877
2  *lroberts@wwhgd.com*
   Ryan T. Gormley, Esq.
3  Nevada Bar No. 13494
   *rgormley@wwhgd.com*
4  WEINBERG, WHEELER, HUDGINS,
      GUNN & DIAL, LLC
5  6385 South Rainbow Blvd., Suite 400
   Las Vegas, Nevada 89118
6  Telephone: (702) 938-3838
   Facsimile: (702) 938-3864
7  *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE MITRIONE and KAROLINA MELSKA, H/W, <br><br> Plaintiffs <br><br> vs. <br><br> CIRQUE DU SOLEIL AMERICA NEWCO, INC., CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL VEGAS, LLC, CIRQUE DU SOLEIL HOLDINGS USA NEWCO, INC., CIRQUE APPLE LAS VEGAS, LLC, CIRQUE APPLE ADMINISTRATION, LLC, DOES I THROUGH X, AND ROE CORPORATIONS I THROUGH X, <br><br> Defendants | Case No.: 2:24-cv-00916-CDS-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, 6-2, and LR 7-1, Plaintiffs and Defendants, by and through their respective undersigned counsel of record, hereby stipulate to extend the deadline for Defendants to file a reply in support of their motion to dismiss, or, alternatively, motion for summary judgment by 7 days. The motion was filed on January 21, 2025 (ECF No. 63). Plaintiffs filed a response on February 11, 2025. (ECF No. 66). The current deadline for Defendants to file a reply is on or before February 18, 2025. This stipulation extends the deadline by 7 days to February 25, 2025. This is the first stipulation to extend this deadline.

/ / /

/ / /

The parties respectfully submit that good cause supports the extension in light of pre-existing work conflicts. The parties further submit that this stipulation is submitted in good faith and not for the purposes of delay.

Respectfully submitted: February 12, 2025.

| | |
|---|---|
| /s/ Ryan T. Gormley | /s/ Jason D. Guinasso (w/ permission) |
| D. Lee Roberts, Jr., Esq. | Jason D. Guinasso, Esq. |
| Ryan T. Gormley, Esq. | GGRM LAW FIRM |
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC | 2770 South Maryland Parkway, Suite 100 |
| 6385 South Rainbow Blvd., Suite 400 | Las Vegas, NV 89109 |
| Las Vegas, NV 89118 | Robert J. Mongeluzzi, Esq. (*PHV*) |
| *Attorneys for Defendants* | Andrew R. Duffy, Esq. (*PHV*) |
| | Michael A. Budner, Esq. (*PHV*) |
| | Max H. Dehon, Esq. (*PHV*) |
| | SALTZ MONGELUZZI BENDESKY P.C. |
| | 1650 Market Street, 52nd Floor |
| | Philadelphia, PA 19103 |
| | *Attorneys for Plaintiffs* |

The parties' stipulation [ECF No. 67] is approved. The deadline for defendants to file a reply to their motion to dismiss is extended to February 25, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 13, 2025

Page 2 of 2