D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
lroberts@wwhgd.com
Ryan T. Gormley, Esq.
Nevada Bar No. 13494
rgormley@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Cirque Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KYLE MITRIONE and KAROLINA MELSKA, H/W, <br><br> Plaintiffs, <br><br> vs. <br><br> CIRQUE DU SOLEIL AMERICA NEWCO, INC., CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL VEGAS, LLC, CIRQUE DU SOLEIL HOLDINGS USA NEWCO, INC., CIRQUE APPLE LAS VEGAS, LLC, CIRQUE APPLE ADMINISTRATION, LLC, DOES I THROUGH X, AND ROE CORPORATIONS I THROUGH X, <br><br> Defendants. | Case No.: 2:24-CV-00916-CDS-BNW <br><br><br> **STIPULATION RE: ECF NO. 71** |

Plaintiffs and Defendants, by and through their undersigned counsel, submit this stipulation and joint notice regarding ECF No. 71 and the related stipulation to stay discovery. While counsel have been in communication regarding the stipulation to stay discovery, Plaintiffs' counsel was involved in a trial the last two weeks and the parties have been unable to resolve the issue as of today. The parties desire to keep discussing the issue further in good faith and hope to come to a

/ / /

/ / /

/ / /

1

resolution. As a result, they request that the Court continue the March 12, 2025 deadline in ECF No. 71 to March 21, 2025.

Respectfully Submitted: March 12, 2025.

| /s/ Ryan T. Gormley | /s/ Michael A. Budner (with permission) |
|---|---|
| D. Lee Roberts, Jr., Esq.<br>Ryan T. Gormley, Esq.<br>WEINBERG, WHEELER, HUDGINS,<br>   GUNN & DIAL, LLC<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br>*Attorneys for Cirque Defendants* | Jason D. Guinasso, Esq.<br>GGRM LAW FIRM<br>2770 South Maryland Parkway, Suite 100<br>Las Vegas, NV 89109<br><br>Robert J. Mongeluzzi, Esq. (*PHV*)<br>Andrew R. Duffy, Esq. (*PHV*)<br>Michael A. Budner, Esq. (*PHV*)<br>Max H. Dehon, Esq. (*PHV*)<br>SALTZ MONGELUZZI BENDESKY P.C.<br>1650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED:**

_____
U.S. MAGISTRATE JUDGE

DATED: March 13, 2025

2