D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Ryan T. Gormley, Esq.
Nevada Bar No. 13494
*rgormley@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:(702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Cirque Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KYLE MITRIONE and KAROLINA MELSKA, H/W, | Case No.: 2:24-CV-00916-CDS-BNW |
| Plaintiffs, | |
| vs. | **STIPULATION RE: ECF NO. 71** <br> **(Second Request)** |
| CIRQUE DU SOLEIL AMERICA NEWCO, INC., CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL VEGAS, LLC, CIRQUE DU SOLEIL HOLDINGS USA NEWCO, INC., CIRQUE APPLE LAS VEGAS, LLC, CIRQUE APPLE ADMINISTRATION, LLC, DOES I THROUGH X, AND ROE CORPORATIONS I THROUGH X, | |
| Defendants. | |

Plaintiffs and Defendants, by and through their undersigned counsel, submit this stipulation and joint notice regarding ECF No. 71 and the related stipulation to stay discovery. This is the second stipulation to extend the deadline in ECF No. 71. The Court previously granted a stipulation extending the deadline in ECF No. 71 from March 12, 2025 to March 21, 2025. (ECF No. 74). Since then, counsel have worked diligently to resolve this issue. However, they request additional time due to the nature of the ongoing discussions and evaluating the relevant considerations.

/ / /

/ / /

1

Accordingly, the parties request that the Court continue the March 21, 2025 deadline to April 2, 2025.

Respectfully Submitted: March 21, 2025.

| | |
|---|---|
| */s/ Ryan T. Gormley* | */s/ Michael A. Budner (with permission)* |
| D. Lee Roberts, Jr., Esq. | Jason D. Guinasso, Esq. |
| Ryan T. Gormley, Esq. | GGRM LAW FIRM |
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC | 2770 South Maryland Parkway, Suite 100 |
| 6385 South Rainbow Blvd., Suite 400 | Las Vegas, NV 89109 |
| Las Vegas, NV 89118 | |
| *Attorneys for Cirque Defendants* | Robert J. Mongeluzzi, Esq. (*PHV*) |
| | Andrew R. Duffy, Esq. (*PHV*) |
| | Michael A. Budner, Esq. (*PHV*) |
| | Max H. Dehon, Esq. (*PHV*) |
| | SALTZ MONGELUZZI BENDESKY P.C. |
| | 1650 Market Street, 52nd Floor |
| | Philadelphia, PA 19103 |
| | *Attorneys for Plaintiffs* |

**IT IS SO ORDERED:**

_____
U.S. MAGISTRATE JUDGE

DATED: March 25, 2025

2