D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Ryan T. Gormley, Esq.
Nevada Bar No. 13494
*rgormley@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:(702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Cirque Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE MITRIONE and KAROLINA MELSKA, H/W,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRQUE DU SOLEIL AMERICA NEWCO, INC., CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL VEGAS, LLC, CIRQUE DU SOLEIL HOLDINGS USA NEWCO, INC., CIRQUE APPLE LAS VEGAS, LLC, CIRQUE APPLE ADMINISTRATION, LLC, DOES I THROUGH X, AND ROE CORPORATIONS I THROUGH X,<br><br>Defendants. | Case No.: 2:24-CV-00916-CDS-BNW<br><br>**STIPULATION RE: ECF NO. 71 (Third Request)** |

Plaintiffs and Defendants, by and through their undersigned counsel, submit this stipulation and joint notice regarding ECF No. 71 and the related stipulation to stay discovery. This is the third stipulation to extend the deadline in ECF No. 71. The Court previously granted a stipulation extending the deadline in ECF No. 71 from March 12, 2025 to March 21, 2025 and March 21, 2025 to April 2, 2025. (ECF Nos. 74, 76). Since then, counsel have worked diligently to resolve this issue. However, in light of the nature of the ongoing discussions and relevant considerations, they respectfully request additional time.

/ / /

1

1  Accordingly, the parties request that the Court continue the April 2, 2025 deadline to April 11, 2025.

Respectfully Submitted: April 2, 2025.

/s/ Ryan T. Gormley
D. Lee Roberts, Jr., Esq.
Ryan T. Gormley, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Cirque Defendants*

/s/ Michael A. Budner (with permission)
Jason D. Guinasso, Esq.
GGRM LAW FIRM
2770 South Maryland Parkway, Suite 100
Las Vegas, NV 89109

Robert J. Mongeluzzi, Esq. (*PHV*)
Andrew R. Duffy, Esq. (*PHV*)
Michael A. Budner, Esq. (*PHV*)
Max H. Dehon, Esq. (*PHV*)
SALTZ MONGELUZZI BENDESKY P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
U.S. MAGISTRATE JUDGE

DATED: April 3, 2025