D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Ryan T. Gormley, Esq.
Nevada Bar No. 13494
*rgormley@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:(702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Cirque Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE MITRIONE and KAROLINA MELSKA, H/W,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CIRQUE DU SOLEIL AMERICA NEWCO, INC., CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL VEGAS, LLC, CIRQUE DU SOLEIL HOLDINGS USA NEWCO, INC., CIRQUE APPLE LAS VEGAS, LLC, CIRQUE APPLE ADMINISTRATION, LLC, DOES I THROUGH X, AND ROE CORPORATIONS I THROUGH X,<br><br>            Defendants. | Case No.: 2:24-CV-00916-CDS-BNW<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Pursuant to LR IA 11-6, Defendants,[1] by and through their counsel of record, hereby submit this motion. Ryan T. Gormley no longer serves as counsel for Defendants in this matter. Thus, it is requested that Mr. Gormley be withdrawn from this matter and removed from the CM/ECF service list (rgormley@wwhgd.com) and any other service lists for this matter.

/ / /

---

[1] "Defendants" or "Cirque Defendants" refers to Defendants Cirque du Soleil America Newco, Inc.; Cirque du Soleil Nevada Newco, Inc.; Cirque du Soleil Vegas, LLC; Cirque du Soleil Holdings USA Newco, Inc.; Cirque Apple Las Vegas, LLC; and Cirque Apple Administration, LLC.

1

Defendants will continue to be represented by their counsel of record at the firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC.

Dated: May 12, 2025.

/s/ *Ryan T. Gormley*
D. Lee Roberts, Jr., Esq.
Ryan T. Gormley, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Cirque Defendants*

## ORDER

It is so ordered that Ryan T. Gormley be withdrawn from this matter and removed from the CM/ECF service list (rgormley@wwhgd.com) and any other service lists for this matter.

DATED:

UNITED STATES MAGISTRATE JUDGE

DATED: May 19, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC and that on May 12th, 2025, I caused to be served via the Court's CM/ECF service system a true and correct copy of the above and foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** to all persons registered for e-service in this case.

/s/ *Kelly L. Pierce*