UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Kyle Mitrione and Karolina Melska,<br><br>　　　　Plaintiffs<br><br>v.<br><br>Cirque du Soleil America Newco, Inc., et al.,<br><br>　　　　Defendants | Case No. 2:24-cv-00916-CDS-BNW<br><br>**Order Directing Parties to Meet and Confer and File a Copy of the State Court Decision** |

　　　　A review of the online docket in Case No. A-24-901301-J reveals that the state appeal of the state administrative appeals officer's decision has been resolved. Given that this decision potentially bears on multiple issues discussed in the pending motion to dismiss (ECF No. 63), the parties are hereby ordered to meet and confer and file a copy of the state court decision on or before July 23, 2025.

　　　　Should the parties wish to supplement their briefing on the motion to dismiss in light of this decision, each party is permitted until July 29, 2025, to submit supplemental briefing not to exceed five pages. Should one or both parties fail to do so, the court will assume that the party rests on the briefing currently filed.

　　　　Dated: July 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge