D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:   (702) 938-3864

Harold Lang, III, Esq.
Admitted *pro hac vice*
*HLang@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
3350 Virginia Street, Suite 500
Miami, FL 33133
(305) 455-9500

*Attorneys for Cirque Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KYLE MITRIONE and KAROLINA MELSKA, H/W,<br><br>Plaintiff,<br><br>vs.<br><br>CIRQUE DU SOLEIL AMERICA NEWCO, INC., CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL VEGAS, LLC, CIRQUE DU SOLEIL HOLDINGS USA NEWCO, INC., CIRQUE APPLE LAS VEGAS, LLC, CIRQUE APPLE ADMINISTRATION, LLC, DOES I THROUGH X, AND ROE CORPORATIONS I THROUGH X,<br><br>Defendants. | Case No.:      2:24-cv-00916-CDS-DJA<br><br>**STIPULATION AND JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Fed. R. Civ. P. 16(b)(4) and LR 26-3, Plaintiffs Kyle Mitrione and Karolina Melska and Defendants Cirque Du Soleil America Newco, Inc., et al. (collectively, "Cirque Defendants"), by and through their undersigned counsel, hereby stipulate and jointly move for a limited extension of the parties' deadline to file the proposed amended joint discovery plan and scheduling order, currently due May 6, 2026, as directed by the Court's Minute Order (ECF No. 96). This request is made in good faith and not for the purpose of delay.

On January 16, 2025, the Court entered the operative Discovery Plan and Scheduling Order. *See* ECF No. 62. On September 11, 2025, the Court stayed this action pending resolution of Defendants' challenge to the state-court Amended Decision and Order referenced in the Court's stay order. *See* ECF No. 93. On April 6, 2026, the Court lifted the stay, reactivated Defendants' motion to dismiss, and directed the parties to meet and confer and file a proposed amended discovery plan and scheduling order by May 6, 2026. See ECF No. 96.

Good cause exists for a brief extension of the May 6, 2026 filing deadline. The case was stayed for a substantial period and, after the stay was lifted, the parties have been working to re-engage, reassess the case schedule in light of the reactivated motion to dismiss, and coordinate available dates and sequencing for written discovery, expert disclosures, and depositions.

The requested extension is limited to the deadline to file the parties' proposed amended joint discovery plan and scheduling order. The parties are not requesting any other modification of the existing deadlines at this time. Granting this limited relief will promote an orderly and efficient process and will not prejudice any party.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WEINBERG WHEELER HUDGINS GUNN & DIAL

Accordingly, the parties jointly request that the Court extend the deadline to file the proposed amended joint discovery plan and scheduling order by thirty (30) days, to and including **June 5, 2026**, or such other date as the Court deems appropriate.

Dated this 6th day of May, 2026.                    Dated this 6th day of May, 2026.

/s/ D. Lee Roberts, Jr.                                     /s/ Michael A. Budner
D. Lee Roberts, Jr., Esq.                              Jason D. Guinasso
Weinberg, Wheeler, Hudgins,                      GGRM LAW FIRM
Gunn & Dial, LLC                                        2770 South Maryland Parkway, Suite 100
6385 S. Rainbow Blvd., Suite 400              Las Vegas, NV 89109
Las Vegas, NV  89118
                                                                   Robert J. Mongeluzzi, Esq.
Harold Lang, III, Esq.                                 *Admitted Pro Hac Vice*
*Admitted pro hac vice*                               Andrew R. Duffy, Esq.
Weinberg, Wheeler, Hudgins,                      *Admitted Pro Hac Vice*
Gunn & Dial, LLC                                        Michael A. Budner, Esq.
3350 Virginia Street, Suite 500                   *Admitted Pro Hac Vice*
Miami, FL 33133                                          Max H. Dehon Esq.
                                                                   *Admitted Pro Hac Vice*
*Attorneys for Cirque Defendants*                SALTZ MONGELUZZI BENDESKY
                                                                   1650 Market Street, 52nd Floor
                                                                   Philadelphia, PA 19103

                                                                   *Attorneys for Plaintiffs*

## ORDER

Pursuant to the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline to file the proposed amended joint discovery plan and scheduling order (as directed by the Court's Minute Order, ECF No. 96) is extended by thirty (30) days, to and including **June 5, 2026**.

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 5/11/2026

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and that on the 6th day of May, 2026, I served a true and correct copy of the foregoing **STIPULATION AND JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER** by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

Jason D. Guinasso
GGRM LAW FIRM
2770 South Maryland Parkway, Suite 100
Las Vegas, NV 89109
(702) 384-4722
*Attorneys for Plaintiffs*

Robert J. Mongeluzzi, Esq.
*Admitted Pro Hac Vice*
Andrew R. Duffy, Esq.
*Admitted Pro Hac Vice*
Michael A. Budner, Esq.
*Admitted Pro Hac Vice*
Max H. Dehon Esq.
*Admitted Pro Hac Vice*
SALTZ MONGELUZZI BENDESKY
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
(215) 496-8282
MBudner@smbb.com
lclavin@smbb.com
*Attorneys for Plaintiffs*

/s/ Kelly L. Pierce
An employee of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

