D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
lroberts@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

Harold Lang, III, Esq.
Admitted *pro hac vice*
HLang@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
3350 Virginia Street, Suite 500
Miami, FL 33133
(305) 455-9500

*Attorneys for Cirque Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE MITRIONE and KAROLINA MELSKA, H/W,<br><br>Plaintiff,<br><br>vs.<br><br>CIRQUE DU SOLEIL AMERICA NEWCO, INC., CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL VEGAS, LLC, CIRQUE DU SOLEIL HOLDINGS USA NEWCO, INC., CIRQUE APPLE LAS VEGAS, LLC, CIRQUE APPLE ADMINISTRATION, LLC, DOES I THROUGH X, AND ROE CORPORATIONS I THROUGH X,<br><br>Defendants. | Case No.: 2:24-cv-00916-CDS-DJA<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Pursuant to LR IA 11-6, Defendant, by and through their counsel of record, hereby submit this motion. Trisha Delos Santos no longer serves as counsel for Defendant in this matter. Thus, it is requested that Ms. Delos Santos be withdrawn from this matter and removed from the CM/ECF service list (tdelossantos@wwhgd.com) and any other service lists for this matter.



WEINBERG WHEELER HUDGINS GUNN & DIAL

Defendants will continue to be represented by their counsel of record at the firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC.

Dated this 17th day of August, 2026.

*/s/ D. Lee Roberts, Jr.*
D. Lee Roberts, Jr., Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

Harold Lang, III, Esq.
Admitted *pro hac vice*
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
3350 Virginia Street, Suite 500
Miami, FL 33133

*Attorneys for Cirque Defendants*

IT IS THEREFORE ORDERED that the motion is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to REMOVE Trisha Delos Santos, Esq. from the docket for this matter.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 19, 2026

WEINBERG WHEELER HUDGINS GUNN & DIAL

WEINBERG WHEELER HUDGINS GUNN & DIAL

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and that on the 17th day of August, 2026, I served a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

Jason D. Guinasso
jguinasso@ggrmlawfirm.com
GGRM LAW FIRM
2770 South Maryland Parkway, Suite 100
Las Vegas, NV 89109
(702) 384-4722
*Attorneys for Plaintiffs*

Robert J. Mongeluzzi, Esq.
*Admitted Pro Hac Vice*
rmongeluzzi@smbb.com
Andrew R. Duffy, Esq.
*Admitted Pro Hac Vice*
aduffy@smbb.com
Michael A. Budner, Esq.
*Admitted Pro Hac Vice*
MBudner@smbb.com
Max H. Dehon Esq.
*Admitted Pro Hac Vice*
mdehon@smbb.com
SALTZ MONGELUZZI BENDESKY
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
(215) 496-8282
*Attorneys for Plaintiffs*

*/s/ Kelly L. Pierce*
An employee of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC